ACCEPTED
01-15-00152-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 4:55:01 PM
CHRISTOPHER PRINE
CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/27/2015 4:55:01 PM

CHRISTOPHER A. PRINE
Clerk

**Via Texas E-filing**

April 27, 2015

Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

> Re: **No. 79750-CV, DONALD B. MULLINS and BLUE SKY RIGHT OF WAY, L.L.C. v. MARTINEZ ROW f/k/a and MARTINEZ INVESTMENTS; IN THE DISTRICT COURT OF BRAZORIA COUNTY, TEXAS 149th JUDICIAL DISTRICT; On Appeal to FIRST COURT OF APPEALS, CAUSE NO. 01-15-00152-CV**

Dear Mr. Prine:

In further response to the court's letter dated March 27, 2015.

1. Appellants have ascertained that a brief Reporter's Record was created on November 10, 2014, and/or February 10, 2015, in the 149th District Court. These are the hearing dates in the trial court for the orders and judgment on appeal.

2. Appellants will immediately transmit payment to the court reporter for transcripts of these hearings on receipt of the estimate for preparation of these items.

3. Upon receipt of an estimated filing date for the Reporter's Records, Appellants will file a motion to conform the Appellants' initial briefing deadline to the estimated filing date.

Thank you for your attention to this matter.

Sincerely,

Patrick F. Timmons, Jr.
cc: Ms. Leslie Shores